ROME INSURANCE COMPANY *v.* MILES *et al.*

ATKINSON, J. Under the pleadings and evidence there was no abuse of discretion in appointing receivers in this case. No specific exception is taken to any of the powers conferred upon the receivers, and no ruling is made in regard thereto.

*Judgment affirmed. All the Justices concur.*
JANUARY 18, 1913.

Receivership. Before Judge Maddox. Floyd superior court. August 7, 1912.

*Dean & Dean* and *F. M. Hunt,* for plaintiff in error.

*Copeland, Hamilton & Hutchens, M. B. Eubanks, Lipscomb, Willingham & Wright,* and *Maddox & Doyal,* contra.